CC: SASP + filer

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 28 2025

at 2 o'clock and 24 min. P M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE U.S. DISTRICT OF Hawaii
Civil DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

Gym Birthdaysuit III AKA James Paul Calzetta

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case** Conspiracy to violate 14th Amend under Color of (the Law)

Case No. CV25 00225 SASP RT
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☒ No
*(check one)*

**-against-**

The State of Hi, City & County of Honolulu ~~HPD~~, (Corporation Counsel) Paul Javier, Mayor Blangiardi, Governor Josh Green MD, HPD Chief Logan, Detective Yamigihara, Officers Elmer Bonilla & Jordan Silberstein, City & County of Hon, Hawaii Humane Society, Deputy attorney General Mathew Dvorack

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

☆ $ 40,00

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question Constitution ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Civil Rights Act of 1964, Conspiracy to deprivation of Civil Rights, 18 US code 241 & 242 / 42 " " § 1987

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Mayor Rick Blangiardi, is a citizen of the State of *(name)* Hawaii.

b. If the plaintiff is a corporation

The plaintiff, *(name)* City & County of Honolulu, is incorporated under the laws of the State of *(name)* ________, and has its principal place of business in the State of *(name)* ________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* HPD Chief Logan, is a citizen of the State of *(name)* Hawaii. *Or* is a citizen of *(foreign nation)* ________.

See reverse

Individual defendant Governor Josh Green M.D. He has forsaken his sared duty to uphold the Constitution so help me God.

As has the mayor of Honolulu has.
" " " HPD Chief Logan & his cronies
In fact we are living in a Police State.
Because the Chief is above the law.
(as I said) second enclosed.
I have enclosed my letters to The Gov. & Mayor detailing the Elder abuse, Hate Crimes I have been subjected to. Seeking an out of Court settlement. The mayor couldn't be bothered to responde.
The Governor send me a 3 paragraph slap in the face. Basicly saying its my own problem. I cant be bothered to uphold your Civil Rights or yours Human rights. As far as he is conserned I have zero rights. Let HPD do what they like. I need Shopo's endorsement. Which as I said makes Oahu a police state.

Individuals:
Mr. Paul Javier corporation Counsil who has been investigating my complaint for almost two years now. He has never contacted me in all that time

See reverse of page 6.

4

b. If the defendant is a corporation

The defendant, *(name)* State of Hawaii, is incorporated under the laws of the State of *(name)* Hawaii, and has its principal place of business in the State of *(name)* Hawaii. *Or* is incorporated under the laws of *(foreign nation)* ______, and has its principal place of business in *(name)* Honolulu.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

* See ~~[illegible]~~ of page 7 For both the C & C and the State of Hi. ~~almost~~ 5 years of unlawful & unconstitutional elder abuse nightmare. I am 76 years old. ~~Their disregard for Civil Rights, Hawaii right~~ over ↑

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I am certain that the emotional collapse that was caused by Bonilla & Silberstein falsely imprisoning me. Followed by my discovery that Corporation Counsel, Police, office of the Attorney General, The Mayor & Governor. Had all forsaken their sacred duty to "uphold the constitution

The same is true of Detective [illegible] of HPD Office of Prof. Standards. I have not heard from hime since I gave him my complaint in 2023.

And so it goes with Deputy Attorney General Mathew Dvorak. When I wrote a complaint. I was certain that at least he would stand up for my Civil Rights. He responded by saying the City & County ~~are~~ is liable not the State. Even after I wrote back to inform him the the malfeasant cops. Were active on behalf of The State of Hawaii Vs Gym Birthdaysuit III.

The Hawaiian Human Society — The inhumane society On Nov. 18, 2024 ~~took me~~ the inhumane society conspired to deprived me of my personal property & surrogate family. My eleven pet birds. Under color of the law without due process or compensation. I went to their place of business three times to retrieve them, their large cage & the dolley it was on. They first ~~time~~ said "they would return them if I could prove that I had a place to live. Which they have not right to do. When I brought them their proof they refused to return my family. Can you imagine being arbitrarily deprived of your loved ones.

See Page 6.

## IV. Relief

so help me God !! Now fighting for our Civil Rights & Human rights

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

75,000 from the City & County
75,000 " " State of Hawaii
$30,000 from Chief Logan whos salary & Benifits are over $300,000
$26,000 each for the Mayor & Govenor
$10,000 from Paul Javier & Detective Yamaguchare.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 28, 2025.

Signature of Plaintiff: Gym Birthdaysuit III

Printed Name of Plaintiff: GYM BirThdaySUIT

### B. For Attorneys

Date of signing: __________, 20__.

with out de process or compensation
When no chance of ever seeing them
again. I was more than devistated
with greif & anger frustration.

I a seeking $5,000 in Compensatory
Damages & $5,000 in punitive Damages. So
that they will think twice before violating
onyones 14th Amend right not to be deprived
of ~~outh~~ personal property under Color of the Law,
with out due process or compensation. We
~~do not~~ allow any organisation to to be
above the Law & Civil Rights.

Earlier On that same day at 8 am the City & County.
(I was homeless at the time)
took every thing that I possessed at the time
to ~~the dump~~ be burned at the trash to energy
plant in Eve. Depriving me of my civil right.
not to be deprived of my personal property
without due process or compensation. Which
is garenteed by the 14th Amendment. ~~To teach~~
also depriving me of Equal Protection under the law.
To send a clear message to the C & C.
that depriving constituents of the property. ~~So~~
By violating the 14th Amendment undercover of the
Law Stops NOW. ~~I'm certain that $5,000 in Compensatory~~
damages & the same in Punitive Damages
This was the second time the C&C has done this
to me the first time was in 2018.
I'm certain that $5,000 in Compensatory & the same
amount in punitive damages

A continued ~~...~~ is incumbent upon ~~State~~ ~~Court~~ the U.S. District Court. To put an end to the Police misconduct, their contemp

Signature of Attorney
Printed Name of Attorney for our Constitution.
Bar Number Which those genises
Name of Law Firm who tried & succeeded in
Address birthing a nation, & a
Telephone Number
E-mail Address document that garantees fairplay and equality. (OVER)

Frivilous disregard for Civil Rights Human rights & Human dignity, their unconstitutional, unlawful activities, their reckless negligency and their couldn't care less arigance. They have allowed ~~Corruption~~ the Cancer of corruption to thrive and ~~prosper~~ purtrify the administartor of H.P.D. Which ~~has~~ allows sociopath criminal Cops Sadists. 2 To urinate on the graves of all the police officers who made the ultimate self-sacrifice, who took pride in their integrity & loved their Jobs. As well as those ~~martyrs~~ mayrters of the Civil Rights movement in the 1960's. We must cut out or cauterize this malignancy. Because our democracy languishes when we ~~long as~~ tolerate our police & politicians taking the law into their own hands See above ★

~~The~~ US District Court to restore

I call upon the

The fact that no one is above the law.
That no one has divine rights or special
unconstitutional priviledges. To arbitrarily
chose which laws to enforce & which
to ~~trample~~ trample on or disregard -
We must not allow them to chip away
at the foundation of our #250 year old
& mostly sucessful democracy the world
has ever known. It's far from perfect.
But we must not allow it to decay any
futher in the Aloha State.
We must not let the Constitution &
Civil Rights to atrophey in this City,
County or state.

It may be necessary for the Federal
Government to step up to the plate and
over see the management of H.P.D.
Until the administrators ~~do not~~ have
no longer
an integrity deficit disorder.

## About These Forms

1. **In General.** This and the other pleading forms available from the www.uscourts.gov website illustrate some types of information that are useful to have in complaints and some other pleadings. The forms do not try to cover every type of case. They are limited to types of cases often filed in federal courts by those who represent themselves or who may not have much experience in federal courts.

2. **Not Legal Advice.** No form provides legal advice. No form substitutes for having or consulting a lawyer. If you are not a lawyer and are suing or have been sued, it is best to have or consult a lawyer if possible.

3. **No Guarantee.** Following a form does not guarantee that any pleading is legally or factually correct or sufficient.

4. **Variations Possible.** A form may call for more or less information than a particular court requires. The fact that a form asks for certain information does not mean that every court or a particular court requires it. And if the form does not ask for certain information, a particular court might still require it. Consult the rules and caselaw that govern in the court where you are filing the pleading.

5. **Examples Only.** The forms do not try to address or cover all the different types of claims or defenses, or how specific facts might affect a particular claim or defense. Some of the forms, such as the form for a generic complaint, apply to different types of cases. Others apply only to specific types of cases. Be careful to use the form that fits your case and the type of pleading you want to file. Be careful to change the information the form asks for to fit the facts and circumstances of your case.

6. **No Guidance on Timing or Parties.** The forms do not give any guidance on when certain kinds of pleadings or claims or defenses have to be raised, or who has to be sued. Some pleadings, claims, or defenses have to be raised at a certain point in the case or within a certain period of time. And there are limits on who can be named as a party in a case and when they have to be added. Lawyers and people representing themselves must know the Federal Rules of Civil Procedure and the caselaw setting out these and other requirements. The current Federal Rules of Civil Procedure are available, for free, at www.uscourts.gov.

7. **Privacy Requirements.** Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns over public access to electronic court files. Under this rule, papers filed with the court should not contain anyone's full social-security number or full birth date; the name of a person known to be a minor; or a complete financial-account number. A filing may include only the last four digits of a social-security number and taxpayer identification number; the year of someone's birth; a minor's initials; and the last four digits of a financial-account number.

842-845

**DISTRICT COURT OF THE FIRST CIRCUIT** **STATE OF HAWAI'I**
**DIVISION:** HONOLULU DIVISION Wednesday, May 28, 2025 08:30 **CRIMINAL COURT** Room: 7B

# NOTICE OF ENTRY OF JUDGMENT AND/OR ORDER

| Case No. 1DCW-23-0002757 | Also Case No. 1 (Count 1) | Date 5/28/25 | Citation/Report No. 23328108-001 |
|---|---|---|---|
| Name State v. Gym Birthdaysuit | | Violation Section HRS 708-823 | Amended to |

FINE $ Suspended Days Months Year Suspended Sentence Days Months Year
[ ] GUILTY [ ] NO CONTEST [ ] NOT GUILTY
TRIAL HAD: [ ] FOUND GUILTY [ ] FOUND NOT GUILTY

| Restitution | CICF | Court Cost | Serv/Fee | SGF | Other |
|---|---|---|---|---|---|
| $ | $ | $ | $ | $ | $ |

JAIL Days Hours Months Year Suspended Days Hours Months Year [ ] Concurrent [ ] Consecutive [ ] Credit

CONDITIONS: MRP filed 7/22/24 - CONTINUED

State to prepare free Standing Order to be executed on 6/24/25

Dft to make payment for May.

DAGP (Deferred Acceptance of Guilty Plea) ____
DANCP (Deferred Acceptance of Nolo Contendere) ____ Days
Probation* ____ Months
Conditional Discharge* ____ Year
Community Service Work ____ Hours
[ ] Subject to Mandatory Terms & Conditions *SEE separate ORDER
[ ] Remain Arrest & Conviction Free
[ ] Need Not Return if Complied

[ ] Demanded Jury Trial
[ ] Waived Jury Trial [ ] Signed & Filed
[ ] Waived Presence of Defendant
[ ] Waived Reading of the Charge
[ ] Waived Right to Counsel
[ ] Waived Speedy Trial & Rule 48
[ ] Retained Own Counsel
[ ] Requested Interpreter, Language:

**FISCAL USE:**

**Referred to:**
[ ] CSSB (Community Service Sentencing Branch)
[ ] Dir. Of DOH / Hawai'i State Hospital / OCCC
[ ] District Court Probation
[ ] Public Defender (See Back)

[ ] Judgment of Acquittal [ ] Commit [ ] Conditional Release
[ ] Discharged
[ ] Dismissed [ ] With Prejudice [ ] Without Prejudice
[ ] No Further Action Taken
[ ] Nolle Prosequi
[ ] Stricken

[ ] Penal Summons by [ ] Judicial Services [ ] TVB

Bail Forfeiture $ ____ & No Further Action
Bail Forfeiture $ ____ & Bench Warrant $ ____
Bond Forfeiture $ ____ & Bench Warrant $ ____
Bail Forfeiture $ ____ of ____ Set Aside

| RETURN COURT DATE FOR: | DATE / FLOOR / COURTROOM | TIME |
|---|---|---|
| PAYMENT | | |
| SENTENCE | | |
| PROOF OF COMPLIANCE | | |
| DAGP / DANCP | | |
| ARRAIGNMENT PLEA & TRIAL | 6/24/25 | 8:30 |
| PRELIMINARY HEARING | | 7B |
| HEARING: | 7B | |
| COMMITTED TO CIRCUIT COURT | | |
| TRANSFERRED TO: [ ] 'EWA [ ] HONOLULU [ ] KĀNE'OHE [ ] WAHIAWĀ [ ] WAI'ANAE | | |

BAIL SET AT $ [ ] Custody [ ] Aggregate [ ] No Bail Set [ ] Cash Only [ ] Release to Appear [ ] Refund Bail

BAIL/BOND POSTED 50.00 AGG RECEIPT NO. /BONDSMAN PD27430A/Self/

OFFICER/BADGE/ID#

ATTORNEY Leighton Lee / VC

**Def's Signature** Birthdaysuit, Gym **Address:**

**Phone No.:** ____ **(home)** ____ **(work)** **Judge/Clerk:** J R BURKS / M Hon

Reprographics (08/10) DEFENDANT'S COPY 1D-V-100

**'EWA DIVISION**
870 Fourth Street
Pearl City, Hawai'i 96782
Ph. 534-6900

**WAHIAWĀ DIVISION**
1034 Kilani Avenue
Wahiawā, Hawai'i 96786
Ph. 534-6200

**HONOLULU DIVISION**
1111 Alakea Street
Honolulu, Hawai'i 96813
Ph. 538-5100

**WAI'ANAE DIVISION**
4675 Kapolei Parkway
Kapolei, Hawai'i 96707
Ph. 954-8575

**KĀNE'OHE DIVISION**
45-939 Po'okela Street
Kāne'ohe, Hawai'i 96744
Ph. 534-6300

**[IF YOUR CASE WAS COMMITTED TO CIRCUIT COURT (CCC), YOUR NEXT COURT APPEARANCE IS AT 777 PUNCHBOWL STREET, 3RD FLOOR]**

In accordance with the American with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the District Court Administration Office at PHONE NO. 538-5121, FAX 538-5233, or TTY 539-4853 at least ten (10) working days prior to your hearing or appointment date.

## REFERRAL TO PUBLIC DEFENDER

If you have been referred by the Court to the Office of the Public Defender and if you qualify for Public Defender services, you will be given a free attorney to represent you in your criminal/traffic case. Please call the Office of the Public Defender as soon as you can for an appointment to see an attorney. When you call the office (ph. no. 586-2100 ) ask for the appointment desk. They will give you an appointment date. **It is very important that you contact the Office of the Public Defender. If you don't, you may have to appear before the judge without an attorney.**

Office of the Public Defender
1130 N. Nimitz Highway, Suite A-254
Honolulu, Hawai'i 96817
Ph. 586-2100

## OTHER REFERRAL INFORMATION:

ADULT/JUVENILE COMMUNITY SERVICE & RESTITUTION UNIT (A/JCSRU): 538-5757
ADULT CLIENT SERVICES, DISTRICT COURT: 538-5070
DIVISION OF DRIVER EDUCATION: 534-6400

Sgt Britton 05/28/25
AKA James Paul Calzetta

one aspect I forgot regarding Relief.
Being deprived of my right not to be subjected to Cruel & Unusual Punishment, 8th amendment. under color of the Law

as if being deprived of my liberty for 18 hours in the dungeons under 801 S. Beretania without due process and being deprived of $ [illegible] 000. worth of my gold & diamond rings. without due process or compensation by Bonilla & Albarita wasn't enough.

I was forced to wear ~~the~~ steel shackles to court. Because the police could see that my only footwear was flip-flops.

as I walked with them they shaved the skin from my ankles. Later the abrasion became infected it lasted for 2 months. I still have the scars.
I have included this in calculating my Relief. I have photos of the scars.

– over –

P.O. Box 3072, Honolulu HI 96802-3072 | www.HawaiiStateFCU.com | (808) 587-2700 | Federally insured by NCUA

always right by you

also I do have tangable proof (evidence) ~~regarding~~ my Incriminating Beyond a shadow of doubt evidence ,,To back up my complaint,,

Makalo nui loa for your time & Consideration.

With much esteem,

G B III

HAWAII STATE
FEDERAL CREDIT UNION