CC: SASP + filer

CV 25-00225 SASP-RT

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 05 2025
at 12 o'clock and 25 min. P M
Lucy H. Carrillo, Clerk

Gym Birthdaysuit III

431 Kuwili Skt. ph. 808 404 5038

Hon. Hi. 96817 email: kingofswords5090@gmail

June 5pp

, 2025

Magistrate Judge Rom Trader

Re: Petition to overturn case 1 DCW 23-000-2757

300 Ala Moana Blvd.

Aloha Your Honor Rom Trader,

For the following civil rights deprivations by police & the state. And to have payments refunded to me.

!. On August 28, 2023 a THE BUS driver violated Ordinance #11 & The Civil Rights Act of 1964. By driving past me as I stood at the bus stop. The Bus gets federal funding.p

I am denied access to public transportation in this way at least 4 times* each year. And have lived jn Honolulu for 45 years. In that time Ordinance 11 & the Civil Rights Act have been= violated 180 times by various THE BUS drivers.

I am seeking $50.00 per violation in punitive damages from THE BUS. For a total of $9,000.00.

2. Arresting officers Elmer Bonilla, Jordan Silberstein & Lt. C. Kalani violated 18 US Code 242. By dening me 14th Amendment rights. In the same way Japanese-Americans were deprived 81 years ago. Without due process or compensation until 42 years after the fact.

3. Public defenders hampered my defense by not letting the court hear the extenuating circumstance above .

4. The state violated 18 US Code 241. By depriving me of my 6th Amendment right "to compel favorable witnesses"

5. The States 2 witnesses perpetrated fraud & perjury making restitution excessive by over $4,000.00. Please refer to attached evidence.

Thank you for your time & consideration, with all due respect.

Sincerely,

Gym Birthdaysuit III