THE JUDICIARY
CIRCUIT COURT OF THE FIRST CIRCUIT
DC HONOLULU
RECEIPT

NO: CR 055496

12/02/2024 09:49 A.M.

CASE NO: DH-RD-0023-1-328108-0000
RECEIVED FROM:
GYM BIRTHDAYSUIT

THE SUM OF: 40.00

CREDIT TO:
GYM

BIRTHDAYSUIT

DESCRIPTION: PAYMENT FOR RESTITUTION

[X] CASH 40.00 [ ] CHECK TRANSFER
[ ] CREDIT CARD [ ] DEBIT CARD ACCT:

T/R INSTALLMENTS 40.00

TOTAL 40.00

-----------------------------
CLERK - 16

GENERAL LEDGER INFO

CASE NO: DH-RD-0023-1-328108-0000 12/02/2024 09:49 A.M.

| | |
|---|---|
| DEBIT | AMOUNT |
| 1310 BANK OF HAWAII | 40.00 |
| CREDIT | AMOUNT |
| 9812 T/R INSTALLMENTS | 40.00 |

Balance due $ 5,223.36

~~$4.70~~

Excessive Restitution total over $5,293 36

On 8-28-2023, [redacted] was notified that Bus [redacted] was intentionally damaged. He then responded to the scene. Upon arrival, he confirmed the damage.

[redacted] stated that no one had permission to damage the bus.

As an authorized representative of [redacted] is willing to prosecute.

**WITNESSES:**
There were several witnesses that also confirmed that they saw a male shatter the bus window with a machete and flee the area on foot. They gave the same description of the suspect as [redacted] and [redacted] They also pointed out the same possible suspect that [redacted] and [redacted] were pointing at as the same male they saw damage the bus. However, they all had to leave and didn't want to stay to provide a statement.

**INJURIES:**
No injuries observed nor were any complained of when asked.

**DAMAGES:**
The most rear curbside double-pane window's exterior window pane was shattered. No other damages observed or complained of when asked. [redacted] estimates that it will cost $700 to repair.

Refer to Property Page. Driver

What restitution should have been

**EVIDENCE:**
OFC. E. BONILLA recovered the machete.

Refer to OFC. E. BONILLA's report.

**PHOTOS:**
I took 6 total photos of the bus and the damages.

Refer to Photos.

**SURVEILLANCE:**
I spoke to [redacted] He related that he will have the bus surveillance footage reviewed and downloaded for HPD.

**TRANSPORT:**
Refer to OFC. E. BONILLA's report.

**HOSPITAL END:**
Refer to OFC. E. BONILLA's report.

**DESK LT. APPRISED:**
Refer to OFC. E. BONILLA's report.

**DISPO:**
Arrested and Booked

**DECLARATION**

I, CHRISTOPHER HSIA, police officer, declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

## WITNESS

| WITNESS | Name (Last, First Middle) [redacted] | | | |
|---|---|---|---|---|
| [redacted] | | | | |
| [redacted] | | | | |
| [redacted] | | | | |
| [redacted] | Complexion | Voice | Peculiarities | |
| Offense of 001-Cpd 3 | | | | |

## SUSPECT

| Name (Last, First Middle) | DOB | Gender | Age | Juv. | Arrested |
|---|---|---|---|---|---|
| BIRTHDAYSUIT, GYM | 12-23-1947 | Male | 75 | No | Yes |

| Ethnicity | SID | SSN | Special Status | FBI Number | US Cit. | At Address Until |
|---|---|---|---|---|---|---|
| White | | [redacted] | | | Yes | |

| Employer/School | Occupation | Work Hours | Identified By | BAC Test / Results |
|---|---|---|---|---|
| UNEMPLOYED | None | | | |

| Address | Phone Number |
|---|---|
| No Local | None |

| Alias Name | AKA / Tag | Alias DOB | Alias SSN |
|---|---|---|---|
| CALZETTA, JAMES, PAUL | | 12-23-1943 | |

| Height | Weight | Build | Hair Style / Color | Facial Hair Style / Color | Eye Color | Complexion | Voice | Peculiarities |
|---|---|---|---|---|---|---|---|---|
| 6'0" | 160 | | Pink | | Brown | | | Wearing a cape and no shirt |

Offense of
001-Cpd 3

## DAMAGED VEHICLE

| Type | Body Type | Year | Color Top / Bottom | License Plate / State | VIN |
|---|---|---|---|---|---|
| Bus | BUS | 2015 | White | BUS190 / HI | [redacted] |

| Described By | Make | Model | Value | Characteristics |
|---|---|---|---|---|
| [redacted] | NFLY | Bus | | Damaged Rear, Curb-Side Window |

| Registered Owner Name | Registered Owner Address | RO Phone Number | Emblem |
|---|---|---|---|
| CITY & COUNTY OF HONOLULU | Dept Of Transpub Transit, Honolulu 96813 | [redacted] | |

## PROPERTY : 001 - CRIMINAL PROPERTY DAMAGE 3

Total Value: $700.00

| Item # | Status | Type | Serial Number / Other ID | Description | Qty. | Value (Each) |
|---|---|---|---|---|---|---|
| 1 | DM | Vehicle Parts/Accessories | | 2015 New Flyer Low Floor Bus Window | 1 | $700.00 |

Statuses: ST = Stolen, OV = Overdue, LS = Lost, DM = Damaged, BR = Burned, FN = Found, RC = Recovered, OT = Other, EV = Evidence, IM = Impounded, RC = Recovered, * = Closed

## SYNOPSIS

On the above date, time, and location, Gym BIRTHDAYSUIT aka '[redacted] was arrested for Criminal Property Damage in the 3rd Degree. DISPO: Pending

## REPORT NARRATIVE

**ASSIGNMENT/ARRIVAL:**
On 8-28-2023, I was assigned to District 1 Uniformed Patrol as 2B150. At about 1222 hours, I was sent, via HPD Dispatch, to Bus [redacted] at 1094 River St. for a Criminal Property Damage case. I arrived shortly later.

**SCENE/TIME ELEMENT:**
8-28-2023 / 1220 hours
Fronting 1094 River St. Honolulu, HI / Bus [redacted]

what repair actually / were costs

**OBSERVATIONS:**
Upon my arrival, the [redacted] (hereinafter '[redacted] bus operator, later identified as [redacted] (hereinafter '[redacted] and [redacted] (hereinafter '[redacted] apprised me that a male shattered a bus window ...h a machete and fled the area on foot. I also saw that the bus window was shattered and there was broken glass on the ...nd. [redacted] and several bystanders pointed towards a shirtless male that was standing at the N. ...atenia St. bridge area above the Nuuanu Stream. They all related that the male, who was walking towards Aala Park,

it to shatter and that it would cost about $700.00 to fix it. Officer C. HSIA related that he's about to perform a field show up with the witness.

actualle cost for repair.

**POSITIVE IDENTIFICATION MADE**

On 8-28-23 at about 1240 hours, the male that was detained was positively identified as the male that damaged the bus. In addition, the black machete with wooden handle was positively identified as the machete used in this case.

**ARREST:**

On August 28, 2023 at about 1240 hours, I placed Gym BIRTHDAYSUIT under arrest for Criminal Property Damage in the Third Degree under Hawaii Revised Statutes section 708-822. Arrest was made without incident.

**SILA:**

A search incident to a lawful arrest was conducted on BIRTHDAYSUIT for weapons and means of escape. SILA was met with negative results.

**SUSPECT'S INFORMATION:**

Name: Gym BIRTHDAYSUIT
DOB: 12-23-1947
SSN: [redacted]

Suspect's information was only initially given to this officer verbally and later confirmed CRS matching his mugshots.

Refer to Suspect's Information.

**SUSPECT'S DESCRIPTION:**

Race: White
Height: 6'0"
Weight: 150 lbs
Clothing: No Shirt / Blue Jeans

Refer to Suspect's Information.

**RAP/WARRANT CHECK:**

Checks made via Dispatch who related that BIRTHDAYSUIT is negative on his Warrant. BIRTHDAYSUIT'S Alpha number was under A-0197662.

**SUSPECT'S NO INJURIES/NO MEDICATIONS:**

No injuries were observed nor reported by BIRTHDAYSUIT when asked. BIRTHDAYSUIT related that he does not take any medications at this time when I initially asked him.

**SECTOR SEARGEANT ON SCENE:**

Sector Sergeant L. FREEMAN was on scene and apprised of the facts and circumstances of the arrest in which he concurred.

**EVIDENCE RECOVERED:**

After the positive identification of the machete, 1240 hours, the machete was recovered as evidence. The machete was about 1 and half foot black bladed with a wooden handle. The machete was submitted as evidence to the Evidence Room and marked as follows:

CPD 3 23-328108
E.BONILLA [redacted]
08-28-2023 1240
ITEM: 1

| Submitted By: BONILLA, ELMER | | | Approved By: WAKABAYASHI, LYLE | | |
|---|---|---|---|---|---|
| ID Number: [redacted] | Rank: MPO | Date / Time: 08-28-23 / 1520 | ID Number: [redacted] | Rank: MP SERGEANT | Date / Time: 08-28-23 / 1527 |



This report was prepared, signed, reviewed, submitted, and filed electronically via secure network in accord with Honolulu Police Department Policy.

it to shatter and that it would cost about $700.00 to fix it. Officer C. HSIA related [illegible] he's about to perform a field show up with the witness.

**POSITIVE IDENTIFICATION MADE**
On 8-28-23 at about 1240 hours, the male that was detained was positively identified as the male that damaged the bus. In addition, the black machete with wooden handle was positively identified as the machete used in this case.

**ARREST:**
On August 28, 2023 at about 1240 hours, I placed Gym BIRTHDAYSUIT under arrest for Criminal Property Damage in the Third Degree under Hawaii Revised Statutes section 708-822. Arrest was made without incident.

**SILA:**
A search incident to a lawful arrest was conducted on BIRTHDAYSUIT for weapons and means of escape. SILA was met with negative results.

**SUSPECT'S INFORMATION:**
Name: Gym BIRTHDAYSUIT
[redacted]

Suspect's information was only initially given to this officer verbally and later confirmed CRS matching his mugshots.

Refer to Suspect's Information.

**SUSPECT'S DESCRIPTION:**
[redacted]

Refer to Suspect's Information.

**RAP/WARRANT CHECK:**
Checks made via Dispatch who related that BIRTHDAYSUIT is negative on his Warrant. BIRTHDAYSUIT'S Alpha number was under [redacted].

**SUSPECT'S NO INJURIES/NO MEDICATIONS:**
No injuries were observed nor reported by BIRTHDAYSUIT when asked. BIRTHDAYSUIT related that he does not take any medications at this time when I initially asked him.

**SECTOR SEARGEANT ON SCENE:**
Sector Sergeant L. FREEMAN was on scene and apprised of the facts and circumstances of the arrest in which he