Case 1:25-cv-00225-SASP-RT Document 73-1 Filed 01/20/26 Page 1 of 10 PageID.240



1



2

3



4



1. A wild cockatiel, *Nymphicus hollandicus,* found throughout the interior of Australia. 2. An albino cockatiel. This form of the species has been well established. 3. Pied cockatiel. 4. A female cockatiel displays her beautiful crest.

Exhibit A



**Above:** Crested Fawn-and-White Bengalese Finch.

**Facing page:** The Zebra Finch derives its name from the black-and-white striping on the throat and breast of the male. ➜



and the mutation.

Many are reliable breeders and of course the Zebra Finch is so prolific that it is regarded as domesticated in most countries—as is the Bengalese or Society Finch. Members of this family have a number of characteristics in common. The nests are domed, the eggs are white and unmarked and the young, which are reared by both parents, do not solicit food in a normal gape manner but twist their heads round while in a crouched position.

Most are good mixers in a communal aviary, providing consideration is given to their size, or

Exhibit A



Exhibit [redacted] A



A quartet of peach-faced lovebirds (*Agapornis roseicollis*).

curves down sharply over the lower, and the former is provided with horizontal grooves, which not only help the bird get a better grip of the seeds they feed on but also play a part in keeping the front of the lower bill sharp. The parrot's tongue is large and fleshy and is used to

fourth are directed backward (zygodactylous feet). This gives parrots useful gripping powers which enable them to climb around efficiently among the branches of trees as well as to pick up food items and hold them to their beaks.

The lovebirds are usually

Exhibit A




Red Rump
Parakeet 599.00
Red Rump


SALE
GOLDEN
MANTLE
ROSELLA
$1,299.00
Pair
PLEASE DO NOT TAP ON GLASS


SALE
Yellow
Red Rump
Parakeet
$599.00


HOEI
MADE IN JAPAN
SALE
RARE
FAWN
DIAMOND
SPARROW


HOEI
Rare SALE
FAWN
CHERRY
FINCH
$399.00 PAIR
*IMPORTED AUSTRALIA


SALE
CHERRY FINCH
$350.00
PAIR
*IMPORTED-AUSTRALIA
HAND Fed Cocatiels
$199. ea