
SALE
Exhibit B
FACTOR
189.00
MALES


SALE
RARE
FAWN
CHERRY
FINCH
399.00 PAIR
#IMPORTED-AUSTRALIA
HOEI


HAND Fed
199.ea
SALE
Cherry Finch
350.00
PAIR
*IMPORTED-AUSTRALIA


SALE
RED FACTOR
CANARIES
189.00
MALES
Exhibit B