cc: SASP & file

ORIGINAL

In the United States District Court for Hawai'I District June 18, 2026

Case No. 1:25 cv 00225 SASP RT

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
JUN 22 2026
at 11 o'clock and 23 min. A M
Lucy H. Carrillo, Clerk

Gym Birthdaysuit III

V

CEO of Oceanit Corp. Patrick Sullivan

PLAINTIFF'S PRAYER for RELEIF

Plaintiff alleges that Mr. Sullivan Violated his 4th & 14th Amendment Rights by Seizing his personal pets and staving them to death>during the months that Mr. Sullivan allowed stolen property to be on display at his corporate headquarters.

Plaintiff alleges his pet bird companions were seized by a security guard employed by Mr. pSullivan. Without due process or compensation.

And the police officer that responded to Plaintiff's call refused to take a report or retrieve his birds from the guard.

11 of Plaintiff's pets died from starvation, neglect during the months they were kept at the offices of Oceanit Corporation.

REMEDY

$ 22,000 plus costs and interest

$ 8,000 in special damages for deliberate infliction of emotional distress & grief.

Plaintiff also respectfully requests any and all additional relief, whether legal, equitable or otherwise available, including any relief necessary to fully remedy the alleged denial and violation of the Plaintiff's 4th and 14th Amendment rights & protections described herein.

Total Compensatory & Punitive Damages of $ 33,000.

Submitted with all due respect and esteem,

Gym Birthdaysuit III

June 20, 2026

Received By Mail Date 6/22/26

Mailed On Date 6/22/26